## UNITED STATES DISTRICT COURT

THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4225

Chambers of
**Hon, Victoria Reznik**
United States Magistrate Judge

USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  July 21, 2023

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,
                Plaintiff

    -against-

Myles Harris
                Defendant.
-----------------------------------------------------------X

**SCHEDULING ORDER**

7:23-cr-355

TO ALL PARTIES:

The Court has scheduled a change of counsel hearing and an arraignment on an indictment for 7/24/2023 at 12 pm before Magistrate Judge Victoria Reznik. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

Dated:  7/21/2023
         White Plains, New York

                                    SO ORDERED:

                                    s/      VR

                                    VICTORIA REZNIK
                                    United States Magistrate Judge