UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :          **ORDER**
v.                                   :
                                     :          23 CR 355 (VB)
MYLES HARRIS,                        :
                       Defendant.    :
----------------------------------------------------------x

It is hereby ORDERED that the United States Marshal's Office may use whatever reasonable force is necessary to secure the defendant's appearance today, 1/24/24 at 11:00 a.m. before Judge Briccetti.

Dated: January 24, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge