```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA              :
                                      :    **ORDER**
v.                                    :
                                      :    23 CR 355 (VB)
MYLES HARRIS,                         :
                    Defendant.        :
------------------------------------------------------x
```

It is hereby ORDERED that Elizabeth K. Quinn, Esq., is relieved as attorney of record and Matthew Galluzzo, Esq., is appointed as attorney for defendant Harris pursuant to the Criminal Justice Act.

Dated:  January 24, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge