USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

MYLES HARRIS,
                        Defendant.
--------------------------------------------------------------x

**ORDER**

23 CR 355 (VB)

      Due to a conflict that has arisen in the Court's schedule, the Court needs to adjourn the status conference currently scheduled for May 29, 2024 [2024 DH]. The conference is re-scheduled to **June 11, 2024, at 11:00 a.m.**

      Time is excluded under the Speedy Trial Act through June 11, 2024, in the interest of justice, due to the Court's unavailability and to allow the parties additional time to attempt to negotiate a resolution of both of Mr. Myles's criminal cases.

Dated: May 9, 2024
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge