```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------- x
                                  :
UNITED STATES OF AMERICA          :
                                  :      ORDER
        - v. -                    :
                                  :      23 Cr. 355 (VB)
MYLES HARRIS,                     :
                                  :
                Defendant.        :
                                  :
--------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/25

VINCENT L. BRICCETTI, District Judge:

The United States Marshals Service (the "Marshals Service"), the Westchester County Department of Correction ("WCJ"), and the Bureau of Prisons ("BOP") are requested to produce the defendant, MYLES HARRIS, for a proceeding in the above-captioned case on February 25, 2025 at 11:30 a.m. In the event the defendant refuses to comply with his production to Court or otherwise attempts to impede his production to the Courthouse, the Marshals Service, WCJ, or the BOP may use such force as is reasonably necessary for the execution of the production to the Courthouse.

SO ORDERED.

_____
HONORABLE VINCENT L. BRICCETTI
United States District Judge

Dated:   White Plains, New York
         February _13_, 2025