UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

MYLES HARRIS,
                          Defendant.
-----------------------------------------------------------x

**ORDER**

23 CR 355 (VB)

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: ___*

For the reasons stated on the record at a conference held today, the Court granted the motion of Matthew Galluzzo, Esq., to be relieved as defendant's CJA attorney, and appointed Daniel Hochheiser, Esq., as defendant's new CJA attorney.

The Clerk is instructed to update the ECF docket accordingly.

Dated: February 25, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge